Case 05-72611   Doc 30   Filed 08/29/08   Entered 08/29/08 08:47:14   Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD E. SCHAEFER & BONNIE N. SCHAEFER  Case Number: 05-72611
1203 S. 7TH STREET          SSN-xxx-xx-4591 & xxx-xx-1945
DEKALB, IL  60115

Case filed on: 5/20/2005
Plan Confirmed on: 8/5/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $73,067.86        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ABN AMRO MORTGAGE GROUP | 0.00 | 0.00 | 31,942.80 | 0.00 |
| 003 | JP MORGAN CHASE BANK NA% CHASE HOME | 0.00 | 0.00 | 9,620.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 41,562.80 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
|  | Total Legal | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| 201 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | RICHARD E. SCHAEFER | 0.00 | 0.00 | 527.86 | 0.00 |
| 999 | RICHARD E. SCHAEFER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 527.86 | 0.00 |
| 002 | ABN AMRO MORTGAGE GROUP | 875.98 | 875.98 | 875.98 | 0.00 |
| 004 | JP MORGAN CHASE BANK NA% CHASE HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | NIU CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 875.98 | 875.98 | 875.98 | 0.00 |
| 006 | LVNV FUNDING LLC | 7,892.01 | 7,892.01 | 3,578.94 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 10,794.71 | 10,794.71 | 4,895.26 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 5,382.27 | 5,382.27 | 2,440.79 | 0.00 |
| 010 | COMCAST CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DEKALB CLINIC CHARTERED | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DISCOVER FINANCIAL SERVICES | 10,516.08 | 10,516.08 | 4,768.92 | 0.00 |
| 014 | DR. DETER / DR. COLLINS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FLEET CREDIT CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ILLINOIS COMMUNITY CREDIT UNION | 4,809.83 | 4,809.83 | 2,181.20 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 7,294.28 | 7,294.28 | 3,307.87 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 3,296.11 | 3,296.11 | 1,494.75 | 0.00 |
| 019 | NICOR GAS | 647.52 | 647.52 | 293.64 | 0.00 |
| 020 | MICHAEL SCHAEFER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 50,632.81 | 50,632.81 | 22,961.37 | 0.00 |
|  | Grand Total: | 54,108.79 | 54,108.79 | 68,528.01 | 0.00 |

Total Paid Claimant:     $68,528.01
Trustee Allowance:       $4,539.85
Percent Paid Unsecured:    45.35

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　 /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008        By  /s/Heather M. Fagan